Elmer A. Triebull, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 37,469.

644

 Opinion filed April 10, 1935.

Hoyne, O'Connor & Rubinkam, for appellant. No appearance for appellee.

Mr. Justice Hall delivered the opinion of the court.